IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**KIMBERLEY CORIE and**
**BRENNTON CORIE**

-vs-                                        Case No.: **1:10-cv-00836**

**BAC HOME LOANS SERVICING, LP**

_____

**STIPULATION OF DISMISSAL**

Plaintiffs and defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1.  Plaintiffs are Brennton Corie and Kimberley Corie; defendant is BAC Home Loans Servicing, LP.

2.  On October 3, 2010, plaintiffs sued defendant in Travis County District Court. Defendant removed the case to this Court on November 5, 2010.

3.  Plaintiffs move to dismiss the suit.

4.  Defendant, who has served an answer, agrees to the dismissal.

5.  This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6.  A receiver has not been appointed in this case.

7.  This case is not governed by any federal statute that requires a court order for dismissal of the case.

8.  Plaintiffs have not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9.  This dismissal is with prejudice.

Respectfully submitted,

By: */s/ Anthony G. Read*

Texas Bar No. 24056184
1609 Shoal Creek Blvd., Suite 210
Austin, Texas 78701
Tel.  (512) 479-7000
Fax  (866) 402-0131

ATTORNEY FOR PLAINTIFFS
KIMBERLY AND BRENTTON CORIE

## CERTIFICATE OF SERVICE

  I hereby certify that on June 2, 2011, a true and correct copy of the foregoing was served either through the court's electronic filing system or via facsimile, as follows:

D. Stewart Clancy, SBN:  24027926
AKERMAN SENTERFITT, LLP
Plaza of the Americas, Suite S1900
600 North Pearl Street
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile: 214.981.9339
**ATTORNEYS FOR DEFENDANT**
**BAC HOME LOANS SERVICING, LP**

             _____/s/_____

             Anthony G. Read